IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

GEREMIAS VERA SANCHEZ

XXX-XX-2876

Debtor(s)

CASE NO. 10-06720 ESL

Chapter 13

**FILED & ENTERED ON 01/20/2011**

## ORDER DISMISSING CASE

Upon the trustee's motion for dismissal of the above captioned case (docket entry #24), and the debtor(s) having failed to timely reply to said motion, it is now

ORDERED that this case be and hereby is dismissed; and it is further

ORDERED that the Clerk shall dismiss and close any contested matter or adversary proceeding related to the instant case.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 20 day of January, 2011 .

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

CC: All creditors